## NATIONAL LABOR RELATIONS BOARD v. C. Y. SEMPLE MINING COMPANY.

No. 2541.

Circuit Court of Appeals, Tenth Circuit. April 6, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

No appearance for respondent.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Consent decree enforcing the order of the Board entered pursuant to stipulation of the parties.

## PUBLIC SERVICE COMPANY OF OKLAHOMA v. SECURITIES AND EXCHANGE COMMISSION.

No. 2229.

Circuit Court of Appeals, Tenth Circuit. March 19, 1942.

V. E. McInnis, of Oklahoma City, Okl., and R. D. Stevenson, of Chicago, Ill., for petitioner.

Chester T. Lane, Christopher M. Jenks, Lawrence S. Lesser, and Wilbur A. Osterling, Securities and Exchange Commission, all of Washington, D. C., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

## Nat ROGAN, Collector of Internal Revenue, Sixth Collection District of California, v. Jessie T. ZELLER.

No. 10099.

Circuit Court of Appeals, Ninth Circuit. March 30, 1942.

Wm. Fleet Palmer, U. S. Atty., and E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Claude I. Parker, John B. Milliken, and Stuart T. Baron, all of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issue forthwith.